# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings Under Chapter 13 |
| | ) | |
| DAVID ISLEIM | ) | Case Number 06-13665 |
| | ) | |
| Debtor | ) | Judge Pat E. Morgenstern-Clarren |
| | ) | |
| | ) | **_Objection to Allowance of Claim_** |

Now comes **David Isleim,** the Debtor herein, by and through his undersigned counsel, Paul S. Kuzmickas, and hereby objects to the allowance of the priority claim of **State of Ohio, Department of Taxation** (hereinafter "Ohio"), being Trustee's Claim No. 4-2, filed herein, in the amount of $27,227.46, on the following grounds:

1. The Debtor filed his petition under Chapter 13 of the Bankruptcy Code on AUGUST 27, 2006.

2. Ohio included penalties in its priority claim in the amount of $8,481.00. Income tax penalties are not paid as priority, but rather would be an unsecured, nonpriority claim.

**WHEREFORE**, *David Isleim*, the Debtor herein, prays that the priority claim of **State of Ohio, Department of Taxation**, being Trustee's Claim No. 4-2, filed herein, in the amount of $27,227.46 be disallowed, and a priority claim be allowed in the amount of $18,746.46, and for such other and further relief as is just.

        /s/ Paul S. Kuzmickas
Kenneth J. Freeman  (0018940)
Paul S. Kuzmickas    (0076507)
**KENNETH J. FREEMAN CO., L.P.A.**
515 Leader Building
526 Superior Avenue
Cleveland, Ohio  44114-1903
(216) 771-9980
(216) 771-9978 - facsimile
kjfcolpa@aol.com
pskkjfcolpa@aol.com
Attorneys for Debtor

*Certificate of Service*

I hereby certify that a copy of the foregoing **OBJECTION TO ALLOWANCE OF CLAIM** was served electronically, by operation of this Court's electronic filing system, this **17th** day of **February 2010**, on Craig Shopneck, Chapter 13 Trustee; and by regular U.S. Mail, postage prepaid, on Rebecca L. Daum, Assistant Attorney General, at Collection Enforcement, 150 East Gay Street, 21st Floor, Columbus, Ohio 43215-3191.

        /s/ Paul S. Kuzmickas
Paul S. Kuzmickas
Attorney for Debtor